## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

    **vs.**

                                       **CR. NO.**       **99-00259-001 (JAF)**

**ABIGAIL SANTIAGO-MORALES**

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR SOME DISPOSITION

**TO THE HON. JOSE A. FUSTE, CHIEF
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

      **COMES NOW, CARLINA CORTES BAEZ, SENIOR UNITED STATES PROBATION OFFICER** of this Honorable Court, presenting an official report upon the conduct and attitude of the offender, Abigail Santiago-Morales, who on the 13th day of April 2000, was sentenced to serve a term of imprisonment of thirty-seven (37) months to be followed by a term of supervised release of four (4) years for a violation of Title 21 United States Code, Sections 841(a)(1) and 846. On March 28, 2003, Ms. Santiago-Morales was released  from custody to the Middle District of Florida to commence the imposed four-year supervised release term. Besides the standard conditions of supervision, Ms. Santiago-Morales was ordered to refrain from any unlawful use of controlled substances, submit to urinalyses, participate in a drug aftercare/mental health treatment if need, and provide financial disclosure upon request. A special assessment in the amount of $100.00 was also imposed. On September 2, 2004, Your Honor modified the offender's conditions and added community services to her original conditions.

      On January 27, 2006, a violation report was received from United States Probation Officer Cedric L. Donar, Middle District of Florida**,** informing that the offender had once again violated her conditions of release.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. **VIOLATION OF STANDARD CONDITION: "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."**

On October 28, 2005, the offender kicked in the door of her step-father, Mr. Arturo Santiago, home and threaten to kill him. Law Enforcement Officials were called, however, no charges were pursued at the time. The officers suggested Mr. Santiago to seek a Petition for Protection. On November 3, 2005, Mr. Arturo Santiago filed a Petition for Injunction for Protection Against Repeat Violence. In addition, Mr. Santiago further reported that in a prior occasion, the offender called his home and left messages on his voice mail threatening to kill him. On November 4, 2005, the Court granted Mr. Santiago's temporary petition for protection. Subsequently, on November 15, 2005, a hearing was held at which time the Court granted Mr. Santiago a permanent Injunction for Protection Against Repeat Violence and ordered the offender to stay away from Mr. Santiago. When confronted, the offender denied having threatened her step-father.

According to Probation Officer Cedric L. Donar from the Middle District of Florida, under the Florida law, the actions incurred by the offender do not constitute new criminal violations. However, if she violates the injunction, the offender could be charged with a new criminal offense. In light of these new events, the offender was referred once again to receive mental health treatment.

**WHEREFORE**, in view of the aforementioned, we respectfully request, unless ruled otherwise, that the Court issue a written reprimand to the offender. If she violates her conditions once again, the Probation Officer will recommend that she be brought before this Honorable Court to show cause why her supervised released term should not be revoked. Thereupon, that she to be dealt with pursuant to law

2

In San Juan, Puerto Rico, this    day of  February  2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
UNITED STATES PROBATION OFFICER

s/Carlina Cortés-Báez
Carlina Cortés-Báez
Senior United States Probation Officer
Federal Office Building, Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5816
Fax 787-766-5945
E-mail: carlina_cortes@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on February    2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sonia Torres, Assistant U.S. Attorney and Francisco Acevedo-Padilla, Esq.

s/Carlina Cortés-Báez
Carlina Cortés-Báez
Senior United States Probation Officer
Federal Office Building, Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5816
Fax 787-766-5945
E-mail: carlina_cortes@prp.uscourts.gov

CCB/