PROB. 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
99CR259-001(JAF)

**DOCKET NUMBER** *(Rec. Court)*
3:06-cr-395-J-32HTS

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT: PUERTO RICO | DIVISION: U.S. PROBATION OFFICE |
|---|---|---|
| Abigail Santiago-Morales<br><br>4500 Meadows Rd.<br>Apartment 232<br>Jacksonville, FL 32217 | NAME OF SENTENCING JUDGE<br>JOSE A. FUSTE | |
| | DATES OF SUPERVISED RELEASE TERM | FROM 03-28-03   TO 03-27-07 |

**OFFENSE**

21 USC Section 846 & 841 (a)(1), a Class "B" felony.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Middle District of Florida___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/5/06
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MIDDLE DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/10/07
Effective Date

_[signature]_
United States District Judge